**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **JACQULINE MAE GORDON,** | ) | No. EDCV 13-2047 AJW |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | **J U D G M E N T** |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

February 17, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge