LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAQULINE MAE GORDON,                    )<br>                                                                )<br>    Plaintiff,                                            )<br>                                                                )<br>    v.                                                     )<br>                                                                )<br>CAROLYN W. COLVIN, Acting          )<br>Commissioner Of Social Security,         )<br>                                                                )<br>    Defendant.                                        ) | No.  EDCV 13-02047 AJW<br><br>__ORDER AWARDING EAJA FEES__ |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND 60/100 ($2,600.60) subject to the terms of the stipulation.

    March 25, 2015

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-